IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISON

| | | |
|---|---|---|
| LATONYA SANFORD, | ) | CASE NO. 1:12-CV-2970 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MAGISTRATE JUDGE McHARGH |
| | ) | |
| OCSEA, *et al.*, | ) | |
| | ) | **JUDGMENT ENTRY** |
| Defendants. | ) | |

Pursuant to the Court's Memorandum Opinion filed August 17, 2015, the Court grants

Defendants OCSEA and Robert Robinson's joint motion to dismiss. (Doc. No. 51). Therefore,

Plaintiff LaTonya Sanford's complaint is dismissed.


IT IS SO ORDERED.

 s/ Kenneth S. McHargh
Kenneth S. McHargh
United States Magistrate Judge



Dated: August 17, 2015.